**Electronically Filed
Supreme Court
SCWC-17-0000375
09-JUL-2024
12:45 PM
Dkt. 20 ODAC**

SCWC-17-0000375

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAII ORGANIZATION OF POLICE OFFICERS (SHOPO),
Petitioner/Complainant-Appellant-Appellant,

vs.

HAWAI'I LABOR RELATIONS BOARD; MARCUS R. OSHIRO;
CLARK HIROTA; and STACY MONIZ,
Respondents/Agency-Appellees-Appellees,

and

DEREK S.K. KAWAKAMI, Mayor of the County of Kaua'i,
State of Hawai'i; TODD G. RAYBUCK, Chief of Police of the
Kaua'i Police Department; COUNTY OF KAUA'I, a political
subdivision of the State of Hawai'i,
Respondents/Respondents-Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000375; CASE NO. 1CC161001259)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.;
Circuit Judge Cahill, in place of Ginoza, J., recused, and
Circuit Judge Kubota, in place of Devens, J., recused)

Petitioner/Complainant-Appellant-Appellant State of Hawaii

Organization of Police Officers' Application for Writ of

Certiorari filed on May 20, 2024, is rejected.

DATED:  Honolulu, Hawaiʻi, July 9, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Peter T. Cahill

/s/ Peter K. Kubota

